

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                      |     |                             |
|----------------------|-----|-----------------------------|
|                      | §   |                             |
| MARCO ARELLANO,      | §   | No. 08-19-00240-CR          |
| Appellant,           | §   | Appeal from the             |
| v.                   | §   | Criminal District Court No. 1 |
| THE STATE OF TEXAS,  | §   | of El Paso County, Texas    |
| State.               | §   | (TC# 20160D01110)           |
|                      | §   |                             |

**O R D E R**

The reporter's record was due to be filed on November 24, 2019, and none has been filed. Angie Morales, Official Court Reporter for Criminal District Court No. 1 of El Paso County, advised the Court on November 22, 2019 and December 5, 2019 that she has not received arrangements for the reporter's record.

Therefore, it is ORDERED that the trial court conduct a hearing to determine whether Appellant wishes to continue the appeal, whether Appellant has been deprived of a reporter's record, and whether Appellant is entitled to appointment of new counsel or has been deprived of effective assistance of counsel. The trial court shall forward its findings to the District Clerk of El Paso County, Texas, on or before December 26, 2019. The District Clerk shall prepare and forward a supplemental clerk's record containing the trial court's findings and forward the same to this Court on or before January 5, 2020. Further, the trial court's reporter shall prepare, certify, and file the record of the trial court proceedings with this Court on or before January 5, 2020.

IT IS SO ORDERED this 6th day of December, 2019.

PER CURIAM

Before Alley, C.J., Rodriguez and Palafox, JJ.